# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re:<br><br>ERIK P. TORNA,<br><br>Debtor | Chapter 13<br>Case No. 26-30706-EDK |

PROCEDURAL ORDER

The Court will hold an evidentiary hearing on the Motion to Impose the Automatic Stay (the "Motion") on December 3, 2026 at 12:30 p.m. in the Federal Courthouse, Berkshire Courtroom, 300 State Street, Springfield, MA. Objections shall be filed by November 25, 2026. **If no objection to the Motion is timely filed and an affidavit sets forth the facts necessary to satisfy such party's burden under 11 U.S.C. § 362(c)(4), the Court may act on the Motion without a hearing.**

The automatic stay is provisionally imposed as to Selene Finance and Santander Consumer USA through the conclusion of the hearing.

Direct testimony may be by affidavit and admissible only if a signed affidavit is filed by November 3, 2026 and the affiant is present at the hearing and available for cross-examination.

The Debtor shall serve the motion, the affidavit, if any, and this order on Selene Finance and Santander Consumer USA and file a certificate of such service on or before November 3, 2026.

Dated: October 30, 2026

Elizabeth D. Katz
United States Bankruptcy Judge